Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-01093-CV






APPROXIMATELY $25,800.00, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 164TH Court 

Harris County, Texas

Trial Court Cause No. 2006-53380






MEMORANDUM OPINION Appellant, Approximately $25,800.00, has neither established indigence, nor
paid all the required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil
cases unless indigent), 20.1 (listing requirements for establishing indigence); see also
Tex. Gov't Code Ann. §§ 51.207 (Vernon 2005), 51.208 (Vernon Supp. 2007);
51.941(a) (Vernon 2005), 101.041 (Vernon Supp. 2007) (listing fees in court of
appeals); Fees Civ. Cases B(1), (3) (listing fees in court of appeals). After being
notified that this appeal was subject to dismissal, appellant, Approximately

$25,800.00, did not adequately respond. See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.